Peter Weinberg, appellant, v. Guy A. Richardson et al., appellees. Gen. No. 39,408.

 Heard in the second division of this court for the first district at the April term, 1937. Opinion filed October 19, 1937.

Royal W. Irwin, for appellant. Frank L. Kriete, Erwin W. Roemer and Arthur J. Donovan, for appellees; John R. Guilliams, of counsel.

Mr. Justice John J. Sullivan delivered the opinion of the court.